# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN THE MATTER OF | : | No. 2438 Disciplinary Docket No. 3 |
| | : | |
| DEBORAH YETTA LUXENBERG | : | Board File No. C3-17-825 |
| | : | |
| | : | (District of Columbia Court of Appeals No. |
| | : | 16-BG-762) |
| | : | |
| | : | Attorney Registration No. 20198 |
| | : | |
| | : | (Out of State) |

## ORDER

**PER CURIAM**

**AND NOW**, this 16th day of March, 2018, upon consideration of the responses to a Notice and Order directing Deborah Yetta Luxenberg to provide reasons against the imposition of discipline reciprocal to that imposed by the Court of Appeals of the District of Columbia, Deborah Yetta Luxenberg is suspended from the practice of law in this Commonwealth for six months, and she shall comply with all the provisions of Pa.R.D.E. 217.